# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 14-6469-DMG (KK)**                                  Date:  **January 5, 2015**

Title:  Sammy Marshall v. W. L. Montgomery

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                     <u>None</u>
Deputy Clerk                                  Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):         ATTORNEYS PRESENT FOR DEFENDANT(S):
   None                                                                                       None

**PROCEEDINGS:         (IN CHAMBERS)**

On November 6, 2014, Respondent filed a Motion to Dismiss arguing the Petition contained unexhausted claims that were then pending before the California Supreme Court.  (ECF 16).  On November 18, 2014, Petitioner filed a Motion to Stay and Abey.  (ECF 18).

On November 20, 2014, the Court issued an Order to Show Cause seeking a response from Petitioner.  On December 19, 2014, Petitioner filed a response to the OSC stating, among other things, that the California Supreme Court had denied his petition for writ of habeas corpus.  The Court's independent review indicates the California Supreme Court denied Petitioner's petition for writ of habeas corpus on November 12, 2014.

Thus, the Court deems Respondent's Motion to Dismiss and Petitioner's Motion to Stay and Abey MOOT.

Respondent is, therefore, ordered to file an answer to the petition on or before **January 26, 2015.**  Petitioner's optional traverse shall be filed on or before **February 9, 2015**.  The matter will be deemed submitted on that date.

Initials of Deputy Clerk        dts

MINUTES FORM 11
CIVIL-GEN