JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY MARSHALL, ) <br> Petitioner, ) <br> v. ) <br> W.L. MONTGOMERY, Warden, ) <br> Respondent. ) | Case No. CV 14-6469-DMG (KK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 12, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE